UNITED STATES of America
Plaintiff-Appellee

v.

William Roderick WORRELS
Defendant-Appellant

No. 16-4145

United States Court of Appeals,
Eighth Circuit.

Submitted: April 5, 2017

Filed: April 11, 2017

Richard D. Westphal, Assistant U.S. Attorney, U.S. Attorney's Office, Davenport, IA, for Plaintiff-Appellee

William Roderick Worrels, Pro Se

Before WOLLMAN, BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

William Worrels appeals from the sentence the District Court[1] imposed after revoking his supervised release. The court sentenced him to ten months in prison and fifty-five months of supervised release. On

---

**1.** The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

appeal, Worrels's counsel argues that the revocation sentence is unreasonable and has moved for leave to withdraw.

We conclude that the District Court did not abuse its discretion and that the sentence is not substantively unreasonable. See United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (standard of review). Both the prison term and the supervised-release term are within the statutory limits, and the prison term is within the applicable advisory U.S. Sentencing Guidelines range. See United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying a presumption of substantive reasonableness to a revocation sentence within the Guidelines range). We affirm the judgment, and we grant counsel's motion to withdraw.